## CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| United States of America<br>v.<br>**Eunice Gabriela Javalera-Hernandez**<br>DOB: 1999; United States Citizen | DOCKET NO. |
|---|---|
| | MAGISTRATE'S CASE NO.<br>**18-01558MJ** |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 7, 2018, at or near Nogales, in the District of Arizona, **Eunice Gabriela Javalera-Hernandez** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 1.44 kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 7, 2018, Eunice Gabriela JAVALERA-Hernandez presented herself for admission into the United States from Mexico through the DeConcini Port of Entry in Nogales, Arizona. The officer noticed that JAVALERA-Hernandez's chest size was larger than normal for a woman of her frame. The officer referred JAVALERA-Hernandez to the secondary inspection area. A service canine performed a sniff of JAVALERA-Hernandez's chest and groin area. The service canine alerted to an odor that he has been trained to detect and traced it back to JAVALERA-Hernandez. Officers conducted a search on JAVALERA-Hernandez's person and removed two small, circular, plastic packages from her bra and one larger, oval package from between her legs.

A representative sample of the larger, oval package and one of the small, circular packages tested positive for the characteristics of methamphetamine. The total weight of the methamphetamine was 1.44 kilograms.

After waiving her Miranda rights, JAVALERA-Hernandez stated that she was transporting drugs into the United States from Mexico, through the DeConcini Port of Entry. JAVALERA-Hernandez stated that she responded to an ad on Facebook that was looking for older United States citizens. JAVALERA-Hernandez stated that she met with a woman who said she would give her instructions on where to take the drugs once in Tucson, Arizona. JAVALERA-Hernandez stated that she was going to be paid $600 USD once she delivered the drugs.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>HHB/cp1<br>AUTHORIZED AUSA Heather H. Sechrist | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| | OFFICIAL TITLE<br>SA |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 8, 2018 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54